**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| AARON BERRY, individually and on behalf of those similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>UNIVERSITY OF ILLINOIS HOSPITAL & HEALTH SCIENCES SYSTEM, AND EPIC SYSTEMS CORPORATION,<br><br>    Defendants. | Case No. 1:26-cv-04629 |

## JOINT MOTION TO STAY

Plaintiff Aaron Berry, on behalf of himself and all others similarly situated, along with Defendant Epic Systems Corporation, respectfully and jointly request that the Court stay this action pending the determination by the Judicial Panel on Multidistrict Litigation regarding whether to consolidate and centralize this case along with numerous others. In support, the Parties state as follows:

1. Plaintiff Aaron Berry filed this action in the Circuit Court for Cook County, Illinois, Chancery Division, on March 3, 2026.

2. Service was effectuated on March 24, 2026.

3. On April 23, 2026, Defendant Epic Systems Corporation removed this action to the United States District Court for the Northern District of Illinois on April 23, 2026.

4. On June 9, 2026, Defendant Epic Systems Corporation filed a motion to dismiss.

5. Thereafter, on June 22, 2026, Defendant Epic Systems filed a Notice of Potential Tag-Along Action with the Judicial Panel on Multidistrict Litigation to notify the Panel that this case was related to cases already included in a Petition before the Panel to centralize.

1

6.  The determination as to whether the various related cases across jurisdictions should be centralized is pending before the Panel, and will be heard on July 30, 2026, in Asheville, North Carolina.

7.  Therefore, the Parties respectfully request that the Court stay all deadlines and motion practice in this matter for 45 days while the Parties await the Panel's decision.

Dated: July 6, 2026

Respectfully Submitted,

*/s/ Colleen Garvey*
Colleen Garvey
**STRANCH, JENNINGS & GARVEY, PLLC**
701 Market Street, Suite 1510
St. Louis, MO 63101
Tel: (314) 390-6750
cgarvey@stranchlaw.com

Grayson Wells *
**STRANCH, JENNINGS, & GARVEY, PLLC**
The Freedom Center
223 Rosa Parks Ave. Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gwells@stranchlaw.com

* (*pro hac vice* forthcoming)

*Attorneys for Plaintiff and the Class*

*/s/ Michael D. Leffel*
Michael D. Leffel
Eric J. Hatchell (*pro hac vice* application forthcoming)
**FOLEY & LARDNER LLP**
150 E. Gilman Street, Suite 5000
Madison, WI 53703
mleffel@foley.com
ehatchell@foley.com

Mason D. Roberts
**FOLEY & LARDNER LLP**
321 N. Clark Street, Suite 3000
Chicago, IL 60654
mroberts@foley.com

*Counsel for Defendant Epic Systems Corporation*

2