**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| AARON BERRY, individually and on behalf of those similarly situated, | ) | |
| | ) | Case No. 1:26-cv-04629 |
| Plaintiff, | ) | |
| | ) | Hon. Mary M. Rowland |
| v. | ) | |
| | ) | |
| UNIVERSITY OF ILLINOIS HOSPITAL & HEALTH SCIENCES SYSTEM, AND EPIC SYSTEMS CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's July 7, 2026 Order (Dkt. #21), Plaintiff Aaron Berry and Defendant Epic Systems Corporation ("Epic," and together with Plaintiff, the "Parties") jointly submit[1] the following Joint Status Report.

On July 30, 2026, the Judicial Panel on Multidistrict Litigation ("JPML") held oral argument on potential centralization on various cases, including this case. The JPML has not yet issued any decision following this argument, nor did it make any ruling on the record during oral argument. The Parties expect the JPML will issue an order with its decision within the coming weeks.

The Parties will alert the Court promptly upon the JPML issuing an order or otherwise communicating anything to the Parties.

Dated: August 4, 2026

*_/s/ Grayson Wells_*
Colleen Garvey

[1] Defendant University of Illinois Hospital & Health Sciences System has not yet been served with summons.

STRANCH, JENNINGS & GARVEY, PLLC
701 Market Street, Suite 1510
St. Louis, MO 63101
Tel: (314) 390-6750
cgarvey@stranchlaw.com

Grayson Wells (admitted *pro hac vice*)
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Ave, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gwells@stranchlaw.com

*Counsel for Plaintiff and the Class*

*/s/ Michael D. Leffel*

Michael D. Leffel
Eric J. Hatchell (*pro hac vice* application forthcoming)
FOLEY & LARDNER LLP
150 E. Gilman Street, Suite 5000
Madison, WI 53703
mleffel@foley.com
ehatchell@foley.com

Mason D. Roberts
FOLEY & LARDNER LLP
321 N. Clark Street, Suite 3000
Chicago, IL 60654
mroberts@foley.com

*Counsel for Defendant Epic Systems Corporation*